**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO. 5:04cr57/MCR/AK

KIMBERLY M. SKIDMORE

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 7, 2007. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of any portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation, Doc. 47, is adopted and incorporated by reference in this order.

2. The amended motion to vacate, Doc. 44, is **DENIED**.

DONE AND ORDERED this 1st day of October, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**